UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-208-FDW

| | |
|---|---|
| RAHEEM TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MECKLENBURG COUNTY SHERIFF'S ) | |
| OFFICE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**UPON THE MOTION** of Defendant Irwin Carmichael to take the incarcerated Plaintiff's deposition, (Doc. No. 27), pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, the motion is **GRANTED**.

**IT IS HEREBY ORDERED** that Defendant may take Plaintiff's deposition at the Mecklenburg County Jail in a room to be designated by the administrator of the institution, at a date to be selected by the administrator and Defendant. It is further ordered that a guard will be present during the deposition.

**IT IS SO ORDERED.**

Signed: June 8, 2018

Frank D. Whitney
Chief United States District Judge

1