UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:17 cv 208- FDW

RAHEEM TAYLOR,

    Plaintiff,

v.

MECKLENBURG COUNTY
SHERIFF'S OFFICE ET. AL.

    Defendants.

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii), the Parties hereby file a Stipulation of Dismissal of this case with prejudice. Each side shall bear their own costs and fees.

Dated: August 6, 2018

*Raheem Taylor*
Raheem Taylor
Plaintiff

s/Sean F. Perrin
Attorney for Defendants

## CERTIFICATE OF SERVICE

I certify that I filed this document via the CM/ECF system and mailed a copy to:

Raheem Taylor
PID 449889
Mecklenburg County Jail
P.O. Box 34429
Charlotte, NC 28234-4429

s/Sean F. Perrin